UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON DOWNING, | Case No. 2:25-cv-01221-GMN-BNW |
| Plaintiff, | ORDER |
| v. | |
| THE STATE OF NEVADA (HDSP), *et al.*, | |
| Defendants. | |

On July 25, 2025, the Court denied pro se plaintiff Aaron Downing's incomplete application to proceed *in forma pauperis* without prejudice. (ECF No. 4). The Court directed Plaintiff to file a complete application to proceed *in forma pauperis*, or pay the $405 filing fee, on or before September 24, 2025. (*Id.*) The Court's order came back as undeliverable to Plaintiff at High Desert State Prison, the address that he provided to the Court. (ECF No. 5). The High Desert State Prison law library included a notation that Plaintiff is at Southern Desert Correctional Center. (*Id.*) Plaintiff subsequently filed a first amended complaint in which he again listed his address as High Desert State Prison. (ECF No. 6). However, this also came back as undeliverable to Plaintiff at High Desert State Prison. (ECF No. 7).

The Court will resend its previous order, as well as this order, to Plaintiff at both High Desert State Prison and Southern Desert Correctional Center. The Court will also extend the deadline for Plaintiff to file a complete application to proceed *in forma pauperis* to **November 10, 2025**.

However, the Court notes that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. It is Plaintiff's

responsibility to update his address with the Court. The Court will resend its previous order, and extend the deadline to file an application to proceed *in forma pauperis*, as a one-time courtesy. However, if Plaintiff misses any Court orders or deadlines in the future because of his failure to notify the Court of a change to his address, this case will be subject to dismissal without further warning.

IT IS THEREOFRE ORDERED that the Clerk of the Court is directed to send a courtesy copy of the Court's previous order (ECF No. 4), as well as this order, to Plaintiff at both High Desert State Prison and Southern Desert Correctional Center.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file a complete application to proceed *in forma pauperis*, or pay the $405 filing fee in full, is extended until **November 10, 2025**.

IT IS FURTHER ORDERED that Plaintiff must file his current address with the Court by **November 10, 2025**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee and provide the Court his current address.

The Clerk of the Court is directed to send Plaintiff a courtesy copy of the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same at both High Desert State Prison and Southern Desert Correctional Center.

DATED: September 10, 2025.


_____
UNITED STATES MAGISTRATE JUDGE

2