UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Aaron Downing,<br><br>                    Plaintiff,<br><br>        v.<br><br>The State of Nevada (HDSP), et al.,<br><br>                    Defendants. | Case No. 2:25-cv-01221-GMN-BNW<br><br>**ORDER** |

On September 10, 2025, the Court directed pro se Plaintiff Aaron Downing to update his address and either file a complete application to proceed *in forma pauperis* ("IFP") or pay the full $405 filing fee by November 10, 2025. (ECF No. 8.) Plaintiff filed a financial certificate and inmate trust fund account statement for the previous six-month period. (ECF No. 11.) This filing had the effect of updating Plaintiff's address, but Plaintiff did not file an IFP application or pay the filing fee. The Court will grant Plaintiff until **January 16, 2026**, to either pay the filing fee or file the missing IFP application.

IT IS THEREFORE ORDERED that Plaintiff has until **January 16, 2026**, to either pay the full $405 filing fee or file an IFP application, with the inmate's two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can file a complete IFP application or pay the required filing fee.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to send Plaintiff Aaron Downing the approved IFP application for an inmate and instructions for the same.

DATED: November 17, 2025.

_____
Brenda Weksler
United States Magistrate Judge